IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES RANDALL, and GRACIE WHITE f/k/a GRACIE DORNEUS Individually and on behalf of persons similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>ALLY FINANCIAL INC.,<br><br>Defendant. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:18-CV-30143-MGM |

## MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendant Ally Financial Inc. ("Ally"), by and through its undersigned counsel, submits this motion to dismiss the above-captioned case. In support thereof, Ally submits the accompanying memorandum that is being filed contemporaneously with this motion pursuant to Local Rule 7.1.

WHEREFORE, Ally respectfully moves this Court to enter an Order dismissing this action.

## REQUEST FOR ORAL ARGUMENT

Ally requests oral argument on this motion.

[*Signature follows on next page.*]

Dated: June 21, 2019                                Respectfully submitted,

/s/ Nellie Hestin
Nellie E. Hestin (BBO #676886)
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
(412) 667-6000
(412) 667-6050 (Fax)
nhestin@mcguirewoods.com

*Counsel for Defendant*
*Ally Financial Inc.*

## LOCAL RULE 7.1 CERTIFICATION

I, certify that, pursuant to Local Rule 7.1(a)(2), counsel for Ally Financial Inc. conferred with Plaintiff's counsel and attempted in good faith to resolve or narrow the issues presented in the motion.

/s/ Nellie Hestin
Nellie E. Hestin

## CERTIFICATE OF SERVICE

I hereby certify that that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 21, 2019.

/s/ Nellie Hestin
Nellie E. Hestin