UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____<br><br>GRACIE WHITE f/k/a<br>GRACIE DORNEUS,<br>  Individually and on behalf of a class<br>  of persons similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC.,<br><br>       Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      C.A. No. 3:18-CV-30143-MGM |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

The Plaintiff, Gracie White, moves the Court pursuant to Fed. R. Civ. P. 23 to certify a class of consumers. In support thereof, Plaintiff submits the accompanying memorandum of law.

WHEREFORE, the Plaintiff requests that this Court enter an Order:

1. Certifying the following class pursuant to Fed. R. Civ. P. 23:

   - all Massachusetts consumers to whom Ally sent a notice substantially similar to the form notice attached as <u>Exhibit A</u> after the repossession of their vehicle on or after July 16, 2014, except for individuals whose vehicle sales contracts contain choice-of-law provisions selecting the law of a state other than Massachusetts.

2. Appointing the Plaintiff as the class representative and her counsel as Class Counsel;

3. Authorizing the issuance of notice to Class Members; and

4. Granting any other relief the Court deems just.

1

Respectfully submitted,

GRACIE WHITE,
By her attorneys,

*/s/ Raven Moeslinger*
Raven Moeslinger (BBO# 687956)
Nicholas F. Ortiz (BBO# 655135)
Law Office of Nicholas F. Ortiz, P.C.
50 Congress Street, Suite 540
Boston, MA 02110
(617) 338-9400
rm@mass-legal.com
nfo@mass-legal.com

Elizabeth Ryan (BBO No. 549632)
John Roddy (BBO No. 424240)
Bailey & Glasser LLP
176 Federal Street, 5th Floor
Boston, MA 02110
(617) 439-6730 (phone)
(617) 951-3954 (fax)
eryan@baileyglasser.com
jroddy@baileyglasser.com

Dated: May 11, 2020

## LOCAL RULE 7.1 CERTIFICATION

I, certify that, pursuant to Local Rule 7.1(a)(2), counsel for the Plaintiff conferred with Defendant's counsel and attempted in good faith to resolve or narrow the issues presented in this motion.

*/s/ Raven Moeslinger*
_____
Raven Moeslinger

## **<u>CERTIFICATE OF SERVICE</u>**

I, Raven Moeslinger, hereby certify that today I caused to be served the within on counsel for the defendant via ECF service.

*/s/ Raven Moeslinger*