UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GRACIE WHITE f/k/a GRACIE DORNEUS, individually and on behalf of a class of persons similarly situated, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 3:18-CV-30143-MGM |
| v. | ) ) | |
| ALLY FINANCIAL INC., | ) ) | |
| Defendant. | ) ) ) | |

**AFFIDAVIT OF GRACIE WHITE**

I, Gracie White, formerly known as Gracie Dorneus, being duly sworn, depose and state:

1. I make this affidavit on my personal knowledge and in support of Plaintiff's motion for class certification.

2. I am over the age of 18. I graduated from college and have a degree in graphic design.

3. I received the repossession notice attached to the motion for class certification as Exhibit A on or about November 1, 2018, after my car was repossessed.

4. I believe that I am capable of adequately representing the interests of other Massachusetts borrowers who were sent similar notices by Ally after their cars were repossessed.

5. I believe that I will be a capable and adequate class representative and will vigorously prosecute this case on behalf of myself and other Massachusetts borrowers like me.

6. It is my understanding that Ally's notice to me and other borrowers did not include all of the information that it should have under Massachusetts law and did not tell me that my deficiency balance would be based on the fair market value of my car.

Signed under penalties of perjury, this 5/11/2020 _____.

DocuSigned by:

*Ana J White*
EE8FEA1BB041405...
Gracie White