UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GRACIE WHITE<br>f/k/a GRACIE DORNEUS<br>Individually and on behalf of persons<br>similarly situated<br><br>　　　Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC.,<br><br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:18-cv-30143-MGM |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO CERTIFY INTERLOCUTORY APPEAL**

Plaintiff Gracie White submits the attached supplemental authority in support of her opposition to Ally Financial's Motion for Interlocutory Review. ECF # 59.

On October 1, 2020, in *Dellorusso v. PNC Bank, N.A.,* the Supreme Judicial Court of Massachusetts denied PNC Bank, N.A.'s request for further appellate review. *Dellorusso v. PNC Bank, N.A.*, 98 Mass. App. Ct. 84, 152 N.E.3d 1147 (2020), *review denied*, 2020 WL 6042440 (Mass. Oct. 1, 2020). The SJC's decision to deny further appellate review in *Dellorusso* let stand the Appeals Court's ruling that *Williams v. Am. Honda Fin. Corp*., 98 N.E. 3d 169 (Mass. 2018) should apply retroactively, finally settling that issue.

Dated: October 21, 2020

        Respectfully submitted,

        */s/ Elizabeth Ryan*
        Elizabeth Ryan (BBO # 549632)
        John Roddy (BBO # 424240)
        Bailey & Glasser LLP
        176 Federal Street, 5th Floor
        Boston, MA 02110
        (617) 439-6730
        (617) 951-3954 (fax)
        eryan@baileyglasser.com
        jroddy@baileyglasser.com

        Raven Moeslinger (BBO # 687956)
        Nicholas F. Ortiz (BBO # 655135)
        Law Office of Nicholas F. Ortiz, P.C.
        50 Congress Street, Suite 540
        Boston, MA 02110
        (617) 338-9400
        rm@mass-legal.com
        nfo@mass-legal.com

        *Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2020, I caused the foregoing document to be filed through the CM-ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        */s/ Elizabeth Ryan*
        Elizabeth Ryan