**Dellorusso v. PNC Bank, N.A., Slip Copy (2020)**

2020 WL 6042440 (Table)
Only the Westlaw citation is currently available.
(This disposition is referenced in the North Eastern Reporter.)
Supreme Judicial Court of Massachusetts.

Ryan DELLORUSSO
v.
PNC BANK, N.A.

October 1, 2020

Reported below: 98 Mass. App. Ct. 84 (2020).

**Opinion**

***1** Appellate review denied.

**All Citations**

Slip Copy, 2020 WL 6042440 (Table)

**End of Document**                                © 2020 Thomson Reuters. No claim to original U.S. Government Works.