UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRACIE WHITE f/k/a GRACIE DORNEUS, Individually and on behalf of a class of persons similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>ALLY FINANCIAL INC.,<br><br>    Defendant. | Civil Action No. 18-30143-MGM |

SCHEDULING ORDER

November 13, 2020

MASTROIANNI, U.S.D.J.

The following schedule is entered based on the parties' Joint Status Report and Proposed Scheduling Order (Dkt. No. 64):

1. Parties shall exchange initial disclosures on or before **November 30, 2020**.

2. Amendments to pleadings shall be filed on or before **December 4, 2020**.

3. Defendant shall file its opposition to Plaintiff's Motion for Class Certification on or before **December 14, 2020**.

4. Plaintiff shall file her reply in support of the Motion for Class Certification on or before **January 15, 2021**.

5. Parties shall complete all discovery on or before **March 4, 2021**.

6. Dispositive Motions, if any, shall be filed by **May 4, 2021**. Oppositions shall be filed on or before **June 4, 2021** and replies, if any, shall be filed on or before **June 18, 2021**.

7. A hearing on any filed dispositive motions will be held at 11:00 am on **July 14, 2021**. If no dispositive motions are filed, this hearing shall be converted to an initial pretrial conference.

It is So Ordered.

    /s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge