IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GRACIE WHITE<br>f/k/a GRACIE DORNEUS,<br>individually and on behalf of persons<br>similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 3:18-CV-30143-MGM<br>§<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
AMENDED ANSWER AND COUNTERCLAIM TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a), Defendant Ally Financial Inc. ("Ally"), by and through its undersigned counsel, hereby moves for leave to file an amended answer and counterclaim to Plaintiff Gracie White's Second Amended Class Action Complaint (the "Motion"). The grounds for this Motion are fully set forth in Defendant's memorandum of law filed contemporaneously herewith, which is incorporated as if fully set forth herein.

Dated: December 4, 2020                    Respectfully submitted,

/s/ Nellie E. Hestin
Nellie E. Hestin (BBO #676886)
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142
(412) 667-6000
(412) 667-6050 (Fax)
nhestin@mcguirewoods.com

*Counsel for Defendant Ally Financial Inc.*

## LOCAL RULE CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), counsel for Defendant certify that they contacted counsel for Plaintiffs on December 3, 2020, in a good faith effort to resolve or narrow the issues raised by this Motion, but did not receive a response by the time of the filing of this Motion.

/s/ Nellie E. Hestin
Nellie E. Hestin

## CERTIFICATE OF SERVICE

I hereby certify that that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 4, 2020.

                                                             */s/ Nellie E. Hestin*
                                                             Nellie E. Hestin