EXHIBIT B

1              IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF MASSACHUSETTS

3

4
    _____
5   GRACIE WHITE f/k/a GRACIE      )
    DORNEUS, Individually and on)
6   behalf of persons similarly )
    situated,                    )
7                                )
            Plaintiffs,          ) Civil Action
8                                ) No. 3:18-cv-30143-MGM
       v.                        )
9                                )
    ALLY FINANCIAL INC,          )
10                               )
            Defendant.           )
11  _____)

12

13         VIDEOTAPED DEPOSITION of GRACIE WHITE

14             Monday, December 21, 2020

15          9:12 a.m. Eastern Standard Time

16          - CONDUCTED BY VIDEOCONFERENCE -

17          Michelle Keegan, Court Reporter

18

19

20

21

22

23

24



```
 1   the interrogatory is reasonably calculated to lead      12:24:14
 2   to the discovery of admissible evidence.                12:24:18
 3       Q. Would you scroll to Interrogatory                12:24:20
 4   Number 4, please.                                       12:24:28
 5       Do you see this question asks you to                12:24:35
 6   describe and itemize the damages that you're            12:24:37
 7   seeking?                                                12:24:40
 8       A. Yes.                                             12:24:41
 9       Q. And then in the answer you wrote that            12:24:41
10   you're seeking damages in the amount of 10 percent      12:24:47
11   of the amount of your loan plus the finance             12:24:49
12   charge, for a total of $12,630.86.  Do you see          12:24:55
13   that?                                                   12:25:00
14       A. Yes.                                             12:25:00
15       Q. Were you relying on the numbers listed in        12:25:00
16   your contract with Ally to answer this                  12:25:10
17   interrogatory?                                          12:25:13
18       A. Yes.                                             12:25:18
19       Q. You had the use of the 2009 Mercedes from        12:25:18
20   May 2016 through October 2018.  Correct?                12:25:31
21       A. I'm sorry.  Can you repeat the question?         12:25:34
22       Q. You had the use of the 2009 Mercedes from        12:25:38
23   May 2016 through October 2018.  Correct?                12:25:41
24       A. Yes.                                             12:25:49
```



```
 1   COMMONWEALTH OF MASSACHUSETTS

 2   SUFFOLK, SS.

 3

 4      I, Michelle Keegan, Registered Merit Reporter

 5   and Notary Public in and for the Commonwealth of

 6   Massachusetts, do hereby certify that GRACIE

 7   WHITE, the witness whose deposition is

 8   hereinbefore set forth, was duly sworn by me and

 9   that such deposition is a true record, to the best

10   of my ability, of the testimony given by the

11   witness.

12      I further certify that I am neither related to

13   or employed by any of the parties in or counsel to

14   this action, nor am I financially interested in

15   the outcome of this action.

16      In witness whereof, I have hereunto set my hand

17   and seal this 21st day of December, 2020.

18

19

20

21

22                Notary Public

23                My commission expires:

24                May 15, 2026
```



800.211.DEPO (3376)
EsquireSolutions.com