# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GRACIE WHITE f/k/a<br>GRACIE DORNEUS,<br>  Individually and on behalf of a class<br>  of persons similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 3:18-CV-30143-MGM |

**PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

The plaintiff, Gracie White, responds to Defendant's interrogatories as follows:

**PRELIMINARY STATEMENT**

The Specific Objections and Answers set forth below and the information Plaintiff provides therein are based upon information now available to Plaintiff after having made diligent efforts to ascertain information responsive to the specific Interrogatories. Plaintiff may, in the future, identify or determine additional information responsive to the Interrogatories or relative to Plaintiff's Answers to the specific Interrogatories. Plaintiff reserves the right at any time to revise, correct, add to, supplement, modify, or clarify the Answers set forth below or the information contained therein, although Plaintiff does not hereby undertake to do so except to the extent required by the Federal Rules of Civil Procedure.

**SPECIFIC OBJECTIONS AND ANSWERS**

**INTERROGATORY NO. 1:** Identify all individuals who may possess knowledge of the facts alleged in the Complaint.

>**OBJECTION:**  Plaintiff objects to this Interrogatory as calling for speculation. Subject to and without waiving this objection, Plaintiff answers:
>
><u>**ANSWER**</u>**:**  I have knowledge regarding the facts alleged in the Complaint, and I believe that Ally Financial, Inc. does too.

**INTERROGATORY NO. 2:**  Identify and describe in detail all communications between You or Your agents and Ally concerning the Vehicle, the Loan, the RISC, or the Repossession Notice.

>**OBJECTION:**  Plaintiff objects to this Interrogatory as overly broad and reasonably calculated to lead to the discovery of admissible evidence.  Subject to and without waiving this objection, Plaintiff answers:
>
><u>**ANSWER**</u>**:**  Please see communications I am producing in response to Defendant's Document Requests.

**INTERROGATORY NO. 3:**  Identify all facts which support, refer to, or provide a basis for Your allegations that Ally in any way violated the Massachusetts Commercial Code. To the extent that You contend that You are not aware of all of the information responsive to this interrogatory because discovery is ongoing, then identify the information available and known to You, first, at the time of the filing of the Complaint and, second, learned since filing the Complaint.

>**OBJECTION:**  Plaintiff objects to this Interrogatory as calling for a legal conclusion.  Subject to and without waiving this objection, Plaintiff answers:
>
><u>**ANSWER**</u>**:**  After Ally repossessed my vehicle, it sent me a notice that failed to tell me that any deficiency I owed would be based on the fair market value of my car. My understanding is that this is a violation of the Massachusetts Uniform Commercial Code.

**INTERROGATORY NO. 4:**  Describe and itemize the amount of damages and/or specific relief You are seeking from Ally and the factual basis for seeking those damages or other relief against Ally.  To the extent that You contend that You are not aware of

all of the information responsive to this interrogatory because discovery is ongoing, then identify the information available and known to You, first, at the time of the filing of the Complaint and, second, learned since filing the Complaint.

> **ANSWER:** As a result of Ally's notice violation, I am seeking damages in the amount of 10% of the amount of my loan of $21,181.51 ($2,118.15), plus the finance charge ($10,512.71), or a total of $12,630.86, which is what I understand that the law provides as damages, plus a waiver of any deficiency amount Ally claims I owe.

**INTERROGATORY NO. 5:** Identify every lawsuit (including court name and case name) in which You have ever served as a plaintiff, class representative, class member, putative class member, or defendant.

> **OBJECTION:** Plaintiff objects to this Interrogatory as overly broad and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving this objection, Plaintiff answers:
>
> <u>**ANSWER**</u>: None.

**INTERROGATORY NO. 6:** Identify any witnesses you intend to call at a trial or hearing in this matter.

> **ANSWER:** Discovery is ongoing, and Plaintiff has not yet determined which witnesses she intends to call at trial.

**INTERROGATORY NO. 7:** Identify any experts used or consulted in this matter, state in detail the qualifications and all opinions rendered, and attach all documents, including any reports, which relate to the expert's reports.

> **ANSWER:** Discovery is ongoing, and Plaintiff has not yet determined which witnesses she intends to call at trial.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON _____ 12/13/2020

*[DocuSigned by: signature]*
855CA651CC0B469...
Gracie White

3

As to objections,

*/s/ Raven Moeslinger*

Raven Moeslinger (BBO# 687956)
Amber Lee (BBO# 698133)
Nicholas F. Ortiz (BBO# 655135)
Law Office of Nicholas F. Ortiz, P.C.
50 Congress Street, Suite 540
Boston, MA 02109
(617) 338-9400
rm@mass-legal.com

Elizabeth Ryan (BBO No. 549632)
John Roddy (BBO No. 424240)
Bailey & Glasser LLP
176 Federal Street, 5th Floor
Boston, MA 02110
(617) 439-6730 (phone)
(617) 951-3954 (fax)
eryan@baileyglasser.com
jroddy@baileyglasser.com

Dated: December 18, 2020

## CERTIFICATE OF SERVICE

I, Raven Moeslinger, hereby certify that today I caused to be served the within on counsel for the defendant by email at NHestin@mcguirewoods.com.

*/s/ Raven Moeslinger*

4