UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GRACIE WHITE f/k/a GRACIE DORNEUS**, individually and on behalf of persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**ALLY FINANCIAL, INC.**,<br><br>    Defendant. | Case No. 3:18-cv-30143-MGM |

**DECLARATION OF ELIZABETH RYAN IN SUPPORT OF PLAINTIFF'S REPLY IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION**

I, Elizabeth Ryan, declare as follows:

1. The facts contained within this Declaration are within my own personal knowledge. I could and would testify to those facts if called as a witness in this case.

2. I am one of counsel for Plaintiff in this case. I submit this Declaration in support of Plaintiff's Reply in Further Support of Motion for Class Certification.

3. Attached as Exhibit A is a true and correct copy of excerpts of Defendant Ally Financial Inc.'s Answers to Plaintiff's First Set of Interrogatories.

4. Attached as Exhibit B is a true and correct copy of excerpts of Defendant Ally Financial Inc.'s Responses to Plaintiff's First Request for Production of Documents.

5. Attached as Exhibit C is a true and correct copy of an excerpt of a spreadsheet produced by Defendant in discovery, Bates-stamped ALLY-White-0000340.

6. Attached as Exhibit D is a true and correct copy of an excerpt of a spreadsheet produced by Defendant in discovery, Bates-stamped ALLY-White-0000078.

7. Attached as Exhibit E is a true and correct copy of a docket entry in *Coroa v.*

*First Citizens' Fed. Credit Union*, No. 16-CV-558 (Mass. Super., Bristol Cty. Sept. 4, 2017) allowing plaintiff's motion for class certification.

8.      Attached as Exhibit F is a true and correct copy of Memorandum of Decision and Order on Plaintiff's Motion for Class Certification in *Bastian v. Cmty. Credit Union of Lynn*, No. 1982CV00719 (Mass. Super., Norfolk Cty. Nov. 24, 2020) allowing plaintiff's motion for class certification.

9.      Attached as Exhibit G is a true and correct copy of DDS Contract Data Sheet produced by Defendant in discovery, Bates-stamped ALLY-White-0000022-0000024.

Signed under the penalties of perjury this 10th day of February 2021.

                                                                */s/ Elizabeth Ryan*
                                                                Elizabeth Ryan