

| CLERK'S NOTICE | DOCKET NUMBER<br>1673CV00558 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Emanuel Coroa, Individually and on behalf of A class of persons similarly situated vs. First Citizens' Federal Credit Union | | Marc J. Santos, Clerk of Court<br>Bristol County |
| TO:<br>Nicholas F Ortiz, Esq.<br>Law Office of Nicholas F. Ortiz, P.C.<br>99 High St<br>Suite 304<br>Boston, MA 02110 | | COURT NAME & ADDRESS<br>Bristol County Superior Court - New Bedford<br>441 County Street, 1st floor<br>New Bedford, MA 02740 |

You are hereby notified that on 09/04/2017 the following entry was made on the above referenced docket:

Endorsement on Motion for Class Certification (#11.0): ALLOWED
for the reasons stated by the plaintiff in his original and reply memoranda of law. In particular, the court is persuaded that absent class members are not "opposing parties" subject to counterclaims under Mass. R. Civ. P. 13. Allapattah Services, Inc. v. Exxon Corp., 333 F.3d 1248, 1259 n. 14 (11th Cir. 2003), affirmed 545 v.s. 546 (2005).

| DATE ISSUED<br>09/07/2017 | ASSOCIATE JUSTICE/ ASSISTANT CLERK<br>Hon. Thomas F McGuire, Jr. | SESSION PHONE#<br>(508)996-2051 |
|---|---|---|