## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

GRACIE WHITE §
f/k/a GRACIE DORNEUS §
Individually and on behalf of persons §
similarly situated §
                                       §
Plaintiffs, §
                                       §
v.                                     §          CIVIL ACTION NO. 3:18-CV-30143-MGM
                                       §
ALLY FINANCIAL INC., §
                                       §
Defendant. §
                                       §
                                       §

### ALLY FINANCIAL INC.'S ASSENTED-TO MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO CLASS CERTIFICATION

Pursuant to Local Rule 7.1(b)(3), Defendant Ally Financial Inc. ("Ally") moves for leave to file a six-page Sur-Reply in Opposition to Plaintiff's Motion for Class Certification (the "Sur-Reply"). Plaintiff consents to this motion.

There is good cause for permitting Ally to file the proposed Sur-Reply. Ally's proposed Sur-Reply does not seek to restate the points already made in its Opposition, but rather, to specifically address the arguments and authorities set forth by Plaintiff's Reply (ECF #85). Ally's proposed Sur-Reply responds briefly to these arguments and clarifies Plaintiff's representations of law. The Sur-Reply thus will assist the Court in evaluating Plaintiff's Motion for Class Certification and the arguments Plaintiff now advances. The filing of the Sur-Reply will not delay disposition of Plaintiff's Motion for Class Certification or unduly prejudice Plaintiff.

WHEREFORE, Ally respectfully requests that this Court enter an order granting leave to file the proposed Sur-Reply attached to this motion as Exhibit A.

Dated: February 22, 2021                    Respectfully submitted,

                                            */s/ Nellie E. Hestin*
                                            Nellie E. Hestin (BBO #676886)
                                            McGuireWoods LLP
                                            Tower Two-Sixty
                                            260 Forbes Avenue, Suite 1800
                                            Pittsburgh, PA 15222-3142
                                            (412) 667-6000
                                            (412) 667-6050 (Fax)
                                            nhestin@mcguirewoods.com

                                            *Counsel for Defendant*
                                            *Ally Financial Inc.*

## **LOCAL RULE 7.1 CERTIFICATION**

I certify that pursuant to Local Rule 7.1(a)(2), counsel for Ally Financial Inc. conferred

with Plaintiff's counsel who consented to the motion.

                                            */s/ Nellie Hestin*
                                            Nellie E. Hestin

## CERTIFICATE OF SERVICE

I hereby certify that that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 22, 2021.

/s/ Nellie E. Hestin
Nellie E. Hestin