## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GRACIE WHITE f/k/a GRACIE DORNEUS**, individually and on behalf of persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **ALLY FINANCIAL, INC.,** <br><br> Defendant. | **Case No. 3:18-cv-30143-MGM** |

### Plaintiff's Motion To Extend Scheduling Order Deadlines

Plaintiff Gracie White moves for an extension of 90 days for the Parties to complete discovery and a corresponding extension of the deadline for filing dispositive motions, to 30 days after the close of discovery. In support of her request, Ms. White states:

1.      The November 13, 2020 Scheduling Order requires the Parties to complete all discovery on or before March 4, 2021. ECF # 66.

2.      Since that time the Parties have served and responded to written discovery, Ms. White's deposition has been taken in full, and a Rule 30(b)(6) deposition was commenced but not yet completed due to a personal issue of the witness that required the deposition be suspended.

3.      Although the Parties have made substantial progress, a number of disputes remain that have made it impossible for the Parties to complete discovery in full.

4.      With respect to these disputes, Plaintiff has filed a motion to compel responses to certain document requests and interrogatories. Ally has filed a motion for a protective order as to certain topics listed in Plaintiff's 30(b)(6) deposition notice.

5.      The outcomes of these motions will determine what discovery is left to be completed, and may require supplementation of existing responses and/or additional limited discovery requests. As such, Plaintiff seeks an additional 90 days to complete discovery.

6.      The Scheduling Order deadline to file dispositive motions is currently May 4. 2021, deadline to file oppositions is June 4, 2021, and deadline to file replies is June 18, 2021. ECF # 66.

7.      Ms. White requests an extension of 60 days for the dispositive motions' briefing schedule, making the deadline to file dispositive motions July 6, 2021; the deadline to file any opposition August 5, 2021; and deadline to file replies August 19, 2021.

8.      A hearing on any filed dispositive motions is currently scheduled for July 14, 2021 at 11:00 a.m., and if no dispositive motions are filed, the hearing is to be converted to an initial pretrial conference. Ms. White requests that the hearing be rescheduled to a date and time appropriate with the dispositive motion briefing schedule extension and at the Court's convenience.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion to extend the deadline to complete discovery for 90 days, to and including June 2, 2021, the deadline to file dispositive motions to and including July 6, 2021, the deadline to file oppositions to dispositive motions to and including August 5, 2021, and the deadline to file replies to and including August 19, 2021.

Dated: March 4, 2021

Respectfully submitted,
Gracie White,
By her attorneys:

*/s/ Elizabeth Ryan*
Elizabeth Ryan, BBO # 549632
eryan@baileyglasser.com
John Roddy, BBO # 424240
jroddy@baileyglasser.com
**BAILEY & GLASSER LLP**
176 Federal Street, 5th Floor
Boston, MA 02110
(617) 439-6730
(617) 951-3954 (fax)

Raven Moeslinger, BBO # 687956
rm@mass-legal.com
Nicholas F. Ortiz, BBO # 655135
nfo@mass-legal.com
**LAW OFFICE OF NICHOLAS F. ORTIZ, P.C.**
50 Congress Street, Suite 540
Boston, MA 02109
(617) 338-9400
(617) 507-3456 (fax)

*Attorneys for Plaintiff and the Putative Class*

**LOCAL RULE 7.1 CERTIFICATE**

Pursuant to Local Rule 7.1(a)(2) Plaintiff's counsel certifies that she conferred with counsel for Defendant in regard to this motion but as of the time of filing Defendant has not yet indicated its position on the relief requested in this motion.

*/s/ Elizabeth Ryan*
Elizabeth Ryan

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) on March 4, 2021.

*/s/ Elizabeth Ryan*
Elizabeth Ryan