IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GRACIE WHITE<br>f/k/a GRACIE DORNEUS,<br>individually and on behalf of persons<br>similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC.,<br><br>Defendant. | § § § § § § § § § § § § § § | <br><br><br><br><br><br><br>CIVIL ACTION NO. 3:18-CV-30143-MGM |

## MOTION TO STAY PENDING FINAL APPROVAL OF CLASS SETTLEMENT IN PARALLEL STATE ACTION

Defendant Ally Financial Inc. ("Ally"), by and through its undersigned counsel, hereby moves to stay the instant action pending the fairness hearing and final approval of the nationwide class settlement in the parallel case, *Ally Financial Inc. v. Haskins*, Case No. 16JE-AC01713-01. The grounds for this Motion are fully set forth in Ally's memorandum of law in support of its Motion to Stay filed contemporaneously herewith.

WHEREFORE, Defendant Ally respectfully requests that the Court grant its Motion to Stay Pending Final Approval of Class Settlement in Parallel State Action.

Dated: March 29, 2021

Respectfully submitted,

*/s/ Nellie E. Hestin*
Nellie E. Hestin (BBO #676886)
Jared M. DeBona (*pro hac vice*)
McGuireWoods LLP
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142

(412) 667-6000  
(412) 667-6050 (Fax)  
nhestin@mcguirewoods.com  
jdebona@mcguirewoods.com  

*Counsel for Defendant*  
*Ally Financial Inc.*

**LOCAL RULE 7.1 CERTIFICATION**

I certify that, pursuant to Local Rule 7.1(a)(2), counsel for Ally Financial Inc. conferred with counsel for Plaintiff, who does not consent to the motion.

                                              */s/ Nellie Hestin*
                                              Nellie E. Hestin

## **CERTIFICATE OF SERVICE**

I hereby certify that that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 29, 2021.

*/s/ Nellie E. Hestin*