# EXHIBIT F

11a

## APPENDIX D

IN THE CIRCUIT COURT OF
JEFFERSON COUNTY, MISSOURI

Case No. 16JE-AC01713-01

ALLY FINANCIAL INC.,
*Plaintiff,*

v.

ALBERTA HASKINS AND,
DAVID DUNCAN,
*Defendants.*

Filed November 25, 2019

## ORDER ON DISPUTED STATUTES OF LIMITATION

This Court's May 9, 2018 Order certifying a nationwide class directed the parties to confer regarding the statutes of limitations applicable to the nationwide class' counterclaim and allowed either party to file a motion to have the Court determine that question if the parties were unable to agree. The parties are unable to reach agreement on the applicable statute of limitations in 23 states. After both parties submitted briefs on the issue, the Court heard oral argument on the issue on April 15, 2019 and took the issue under submission. After considering the parties' briefs and oral arguments, the Court determines the applicable statutes of limitation for the 23 disputed states as set forth below.

12a

SO ORDERED.

DATED:  NOV. 25, 2019       signature
                            Judge Katherine M. Hardy-
                            Senkel

**Exhibit A – Class Period**

| Consumer's State in Pre-sale Notice | Disposition on or after this Date | Consumer's State in Presale Notice | Disposition on or after this Date |
|---|---|---|---|
| Alabama | June 17, 2010 | Montana | June 17, 2014 |
| Alaska | June 17, 2013 | Nebraska | June 17, 2012 |
| Arizona | June 17, 2012 | Nevada | June 17, 2013 |
| Arkansas | June 17, 2013 | New Hampshire | June 17, 2013 |
| California | June 17, 2013 | New Jersey | June 17, 2010 |
| Colorado | June 17, 2013 | New Mexico | June 17, 2012 |
| Connecticut | June 17, 2010 | New York | June 17, 2013 |
| Delaware | June 17, 2013 | North Carolina | June 17, 2013 |
| District of Columbia | June 17, 2013 | North Dakota | June 17, 2010 |
| Florida | June 17, 2012 | Ohio | June 17, 2010 |
| Georgia | June 17, 1996 | Oklahoma | June 17, 2013 |
| Hawaii | June 17, 2010 | Oregon | June 17, 2010 |

13a

| | | | |
|---|---|---|---|
| Idaho | June 17, 2013 | Pennsylvania | June 17, 2010 |
| Illinois | June 17, 2011 | Rhode Island | June 17, 2006 |
| Indiana | June 17, 2006 | South Carolina | June 17, 2013 |
| Iowa | June 17, 2014 | South Dakota | June 17, 2010 |
| Kansas | June 17, 2013 | Tennessee | June 17, 2015 |
| Kentucky | June 17, 2006 | Texas | June 17, 2012 |
| Louisiana | June 17, 2016 | Utah | June 17, 2013 |
| Maine | June 17, 2010 | Vermont | June 17, 2010 |
| Maryland | June 17, 2013 | Virginia | June 17, 2014 |
| Massachusetts | June 17, 2012 | Washington | June 17, 2013 |
| Michigan | June 17, 2010 | West Virginia | June 17, 2006 |
| Minnesota | June 17, 2010 | Wisconsin | June 17, 2013 |
| Mississippi | June 17, 2013 | Wyoming | June 17, 2008 |
| Missouri | June 17, 2010 | | |