## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GRACIE WHITE F/K/A GRACIE DORNEUS,** INDIVIDUALLY AND ON BEHALF OF PERSONS SIMILARLY SITUATED,<br><br>      PLAINTIFF,<br><br>V.<br><br>**ALLY FINANCIAL INC.,**<br><br>      DEFENDANT. | CASE NO. 3:18-CV-30143-MGM |

### JOINT NOTICE OF SETTLEMENT

Plaintiff Gracie White and Defendant Ally Financial Inc. (together, the "Parties") respectfully submit this Joint Notice of Class Action Settlement.

The Parties are in the process of preparing a comprehensive Settlement Agreement and intend to finalize the Settlement Agreement on or before June 11, 2021. Following the execution of the Settlement Agreement, Ms. White will file a Motion for Preliminary Approval no later than June 16, 2021.

Dated: May 24, 2021

                                                Respectfully submitted,
                                                Gracie White,
                                                By her attorneys:

                                                */s/ Elizabeth Ryan*
                                                Elizabeth Ryan, BBO # 549632
                                                eryan@baileyglasser.com
                                                John Roddy, BBO # 424240
                                                jroddy@baileyglasser.com
                                                **BAILEY & GLASSER LLP**
                                                176 Federal Street, 5th Floor
                                                Boston, MA 02110
                                                (617) 439-6730
                                                (617) 951-3954 (fax)

Raven Moeslinger, BBO # 687956
rm@mass-legal.com
Nicholas F. Ortiz, BBO # 655135
nfo@mass-legal.com
**LAW OFFICE OF NICHOLAS F. ORTIZ, P.C.**
50 Congress Street, Suite 540
Boston, MA 02109
(617) 338-9400
(617) 507-3456 (fax)

*Attorneys for Plaintiff and the Putative Class*

*/s/ Nellie E. Hestin*
Nellie E. Hestin (BBO # 676886)
Jared M. DeBona (pro hac vice)
**MCGUIREWOODS LLP**
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Phone: (412) 667-7909
E-Mail: nhestin@mcguirewoods.com

*Counsel for Defendant Ally Financial Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) on May 24, 2021.

*/s/ Elizabeth Ryan*
Elizabeth Ryan
