UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **GRACIE WHITE F/K/A GRACIE DORNEUS,** individually and on behalf of persons similarly situated,<br><br>   PLAINTIFF,<br><br>v.<br><br>**ALLY FINANCIAL INC.,**<br><br>   DEFENDANT. | CASE NO. 3:18-CV-30143-MGM |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

For the reasons set forth in her accompanying Memorandum in Support of this Motion, Plaintiff Gracie White requests that the Court approve the Settlement Agreement reached by the Parties in this case.

1. On June 30, 2021, this Court granted preliminary approval of the Settlement and approved the issuance of notice to Settlement Class Members regarding the Settlement. ECF # 121. Notice was sent on August 13, 2021. No objections to the Settlement Agreement have been filed.

2. Ms. White also requests the Court appoint American Legal Claim Services, LLC as Settlement Administrator to complete the administration of the Settlement in accordance with the Settlement Agreement.

3. In support of these requests, Ms. White asserts that the Settlement embodied by the Settlement Agreement is fair and reasonable and consistent with the provisions of Rule 23. In further support of the motion, Ms. White refers the Court to the memorandum and exhibits filed herewith.

4.Ally Financial, Inc. assents to the relief sought by this Motion—*i.e.*, the entry of the Final Approval Order in the form attached to Plaintiff's Memorandum in Support as Exhibit 1 and the appointment of American Legal Claim Services, LLC as Settlement Administrator.

WHEREFORE, Ms. White requests that the Court grant this motion and enter the Parties' proposed Final Approval Order.

Dated: November 8, 2021

>Respectfully submitted,
>
>GRACIE WHITE f/k/a GRACIE DORNEUS,
>
>By her attorneys,
>
>*/s/ Elizabeth Ryan*
>Elizabeth Ryan (BBO No. 549632)
>John Roddy (BBO No. 424240)
>Bailey & Glasser LLP
>176 Federal Street, 5th Floor
>Boston, MA 02110
>(617) 439-6730 (phone)
>(617) 951-3954 (fax)
>eryan@baileyglasser.com
>jroddy@baileyglasser.com
>
>Raven Moeslinger (BBO # 687956)
>Nicholas F. Ortiz (BBO # 655135)
>Law Office of Nicholas F. Ortiz, P.C.
>50 Congress Street, Suite 540
>Boston, MA 02109
>(617) 338-9400 (phone)
>rm@mass-legal.com

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) on November 8, 2021.

              */s/ Elizabeth Ryan*
              Elizabeth Ryan